B6F (Official Form 6F) (12/07)

In re **Jason L. Alexander**
**Laura L. Alexander**

Case No. **09-38019-H1-13**
(if known)

***FIRST AMENDED 11/19/2009***

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**ACMI**<br>**Attn: Birnamwood Fairfax HOA**<br>**12603 Louetta Road, Suite 101**<br>**Cypress, Texas 77429-5136** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**ACS**<br>**PO Box 7051**<br>**Utica, NY 13504-7051** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -PPSLC**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxA000**<br>**Adonai Psychological Services**<br>**Kevin J. Schloneger, PHD**<br>**20615 Nannette Lane**<br>**Spring, Texas 77388** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical/Dental**<br>REMARKS: | | | | **$125.00** |
| ACCT #: **xxxxxx3692**<br>**Afni, Inc.**<br>**Attn: DP Recovery Support**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | C | DATE INCURRED: **01/2009**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | **X** | **$1,200.00** |
| ACCT #: **xxxxxx6878**<br>**Afni, Inc.**<br>**Attn: DP Recovery Support**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | C | DATE INCURRED: **05/2006**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$752.00** |
| ACCT #: **xxxxxxx92-02**<br>**AFNI, Inc.**<br>**404 Brock Drive**<br>**Bloomington, IL 61702-3427** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - T-Mobile**<br>REMARKS: | | | | **$1,200.37** |
| | | | | | | **Subtotal >** | **$3,277.37** |
| | | | | | | **Total >** | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

**7** continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason L. Alexander**
**Laura L. Alexander**

Case No. **09-38019-H1-13**
(if known)

***FIRST AMENDED 11/19/2009***

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx0714**<br>**Amsher Collection Serv**<br>**600 Beacon Pkwy W Ste 30**<br>**Birmingham, AL 35209** | | C | DATE INCURRED: **09/2007**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$304.00** |
| ACCT #: **xxxx4943**<br>**Asset Acceptance**<br>**PO Box 2036**<br>**Warren, MI 48090** | | C | DATE INCURRED: **05/2008**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$379.00** |
| ACCT #: **xxxxx2740**<br>**At&tconsvc**<br>**At&t Credit Manage**<br>**Murray, UT 84157** | | C | DATE INCURRED: **11/29/2004**<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$80.00** |
| ACCT #:<br>**Brian D. Williams**<br>**Attorney at Law**<br>**5519 Louetta Road, Suite B**<br>**Houston, Texas 77379** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxx6007**<br>**Central Financial Control**<br>**Attn: Bankruptcy**<br>**PO Box 66044**<br>**Anaheim, CA 92816** | | C | DATE INCURRED: **06/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$1,034.00** |
| ACCT #:<br>**Central Financial Control**<br>**PO Box 66044**<br>**Anaheim, CA 92816-6044** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Houston Northwest Medical Center**<br>REMARKS: | | | | **Notice Only** |

Sheet no. **1** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$1,797.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason L. Alexander**
**Laura L. Alexander**

Case No. **09-38019-H1-13**
(if known)

***FIRST AMENDED 11/19/2009***

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **x0473**<br>**Centrix Financial**<br>**PO Box 17669**<br>**Denver, CO 80217-0669** | | **C** | DATE INCURRED:<br>CONSIDERATION:<br>**Credit**<br>REMARKS: | | | | **$4,290.00** |
| ACCT #: **xxx7301**<br>**Centrix Resource Syste**<br>**6782 Potomac St**<br>**Centennial, CO 80112** | | **C** | DATE INCURRED: **10/31/2003**<br>CONSIDERATION:<br>**Repossession**<br>REMARKS: | | | | **$4,290.00** |
| ACCT #: **xxxxxxxx1000**<br>**Chase Na** | | **C** | DATE INCURRED: **12/01/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$3,194.00** |
| ACCT #: **xxxxxx2357**<br>**Conroe Regional Medical Center**<br>**PO Box 538658**<br>**Atlanta, GA 30353** | | **C** | DATE INCURRED:<br>CONSIDERATION:<br>**Medical/Dental**<br>REMARKS: | | | | **$105.44** |
| ACCT #: **xx5316**<br>**Cypress Creek EMS**<br>**PO Box 3154**<br>**Houston, Texas 77253-3154** | | **C** | DATE INCURRED:<br>CONSIDERATION:<br>**Medical/Dental**<br>REMARKS: | | | | **$202.60** |
| ACCT #:<br>**Elliot Heinein & Jones, P.C.**<br>**PO Box 1446**<br>**Crosby, Texas 77532** | | **C** | DATE INCURRED:<br>CONSIDERATION:<br>**Fees**<br>REMARKS: | | | | **$5,786.00** |

Sheet no. **2** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$17,868.04**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason L. Alexander**
**Laura L. Alexander**

Case No. **09-38019-H1-13**
(if known)

*FIRST AMENDED 11/19/2009*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx4941**<br>**Farmers Svgs** | | C | DATE INCURRED: **02/03/2003**<br>CONSIDERATION: **Educational**<br>REMARKS: | | | | **$1,038.00** |
| ACCT #: **xxxxxx4942**<br>**Farmers Svgs** | | C | DATE INCURRED: **02/03/2003**<br>CONSIDERATION: **Educational**<br>REMARKS: | | | | **$610.00** |
| ACCT #: **xxxx0919**<br>**Harvard Collection Services, Inc.**<br>**4839 N. Elston Avenue**<br>**Chicago, IL 60630-2534** | | C | DATE INCURRED:<br>CONSIDERATION: **Collecting for -Sprint**<br>REMARKS: | | | X | **$1,248.64** |
| ACCT #: **xxxxxx-xx6001**<br>**Harvest Associates, Inc.**<br>**1010 Spring Cypress Rd., Box 138**<br>**Spring, Texas 77373-2503** | | C | DATE INCURRED:<br>CONSIDERATION: **Collecting for - Houston Northwest Emerg.**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxx4782**<br>**Houston Northwest Emergency Specialist**<br>**PO Box 202287**<br>**Dallas, Texas 75320-2287** | | C | DATE INCURRED:<br>CONSIDERATION: **Medical/Dental**<br>REMARKS: | | | | **$130.00** |
| ACCT #: **xxxxx8541**<br>**Houston Northwest Medical Center**<br>**File #849782**<br>**Dallas, Texas 75284-9782** | | C | DATE INCURRED:<br>CONSIDERATION: **Medical/Dental**<br>REMARKS: | | | | **$1,034.71** |

Sheet no. 3 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$4,061.35**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason L. Alexander**
**Laura L. Alexander**

Case No. **09-38019-H1-13**
(if known)

***FIRST AMENDED 11/19/2009***

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx59A1**<br>**Hudson & Keyse Llc**<br>**382 Blackbrook Rd**<br>**Painesville, OH 44077** | | C | DATE INCURRED: **12/2005**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxx9591**<br>**Hudson Keyse**<br>**382 Blackrock Rd**<br>**Painesville, OH 44077** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxxxxx7500**<br>**Memorial Hermann Hospital**<br>**PO Box 203197**<br>**Houston, Texas 77216-3197** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$1,000.43** |
| ACCT #:<br>**Michael R. O'Neal**<br>**12841 Jones Road, Suite 150**<br>**Houston, Texas 77070** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Attorney for Birnamwood Fairfax HOA** | | | | **Notice Only** |
| ACCT #: **xxxx3092**<br>**Nco Fin/09**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | C | DATE INCURRED: **01/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$224.00** |
| ACCT #: **xxxxxxxx0761**<br>**NCO Financial**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Reliant Energy**<br>REMARKS: | | | | **$223.78** |

Sheet no. **4** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$1,448.21**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason L. Alexander**
**Laura L. Alexander**

Case No. **09-38019-H1-13**
(if known)

*FIRST AMENDED 11/19/2009*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx6443**<br>**NCO Financial Systems**<br>**507 Prudential Rd**<br>**Horsham, PA 19044** | | C | DATE INCURRED: **07/2005**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | **$177.00** |
| ACCT #: **xx4001**<br>**Partners Col**<br>**403 Axminister**<br>**Fenton, MO 63026** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$644.00** |
| ACCT #:<br>**Peak 5**<br>**6782 S. Potomac St.**<br>**Englewood, CO 80112** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Centrix Financial**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Service Receivables Management**<br>**3859 Battleground Ave., Suite 303**<br>**Greensboro, NC 27410** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Sprint**<br>REMARKS: | | | X | **$177.11** |
| ACCT #: **xxx8037**<br>**TeleRecovery**<br>**PO Box 641090**<br>**Kenner, LA 70064-1090** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - West Calcasieu Cameron Hospital**<br>REMARKS: | | | | **$44.99** |
| ACCT #: **x6435**<br>**Treaschwig Veternary Clinic**<br>**22732 Cypresswood Drive**<br>**Spring, Texas 77373** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical/Dental**<br>REMARKS: | | | | **$94.50** |

Sheet no. 5 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$1,137.60**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason L. Alexander**
**Laura L. Alexander**

Case No. **09-38019-H1-13**
(if known)

***FIRST AMENDED 11/19/2009***

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxxx0001**<br>**Wells Fargo**<br>**Attn: Collection Servicing, 1st Floor, M**<br>**1 Home Campus**<br>**Des Moines, IA 50328** | | **C** | DATE INCURRED: **01/03/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$3,471.00** |
| ACCT #: **xxxxxxxxxxxx0003**<br>**Wells Fargo**<br>**Attn: Collection Servicing, 1st Floor, M**<br>**1 Home Campus**<br>**Des Moines, IA 50328** | | **C** | DATE INCURRED: **02/13/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$2,325.00** |
| ACCT #: **xxxxxxxxxxxx0002**<br>**Wells Fargo**<br>**Attn: Collection Servicing, 1st Floor, M**<br>**1 Home Campus**<br>**Des Moines, IA 50328** | | **C** | DATE INCURRED: **01/03/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$2,122.00** |
| ACCT #: **xxxxxxxxxxxx0004**<br>**Wells Fargo**<br>**Attn: Collection Servicing, 1st Floor, M**<br>**1 Home Campus**<br>**Des Moines, IA 50328** | | **C** | DATE INCURRED: **02/15/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$865.00** |
| ACCT #: **xxx1050**<br>**West Asset**<br>**Attn: Bankruptcy**<br>**P.O. box 105478**<br>**Atlanta, GA 30348** | | **C** | DATE INCURRED: **11/2008**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$105.00** |
| ACCT #: **xxxxxx2357**<br>**West Asset Management**<br>**PO Box 790113**<br>**St. Louis, MO 63179-0113** | | **C** | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Conroe Regional**<br>REMARKS: | | | | **Notice Only** |

Sheet no. **6** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$8,888.00**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Jason L. Alexander**
**Laura L. Alexander**

Case No. **09-38019-H1-13**
(if known)

***FIRST AMENDED 11/19/2009***

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx5536**<br>**West Calcasieu Cameron Hospital**<br>**PO Box 2509**<br>**Sulphur, LA 70664-2509** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical/Dental**<br>REMARKS: | | | | **$152.08** |
| ACCT #:<br>**Whikehart**<br>**Countryside Realty**<br>**3610 Treaschwig**<br>**Humble, Texas 77338** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Lease Deficiency**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| ACCT #:<br>**United States Trustee**<br>**515 Rusk Street, Room 3516**<br>**Houston, Texas 77002** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Required Notification**<br>REMARKS: | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. 7 of 7 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >** **$152.08**

**Total >** **$38,629.65**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**