**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: JASON L. ALEXANDER<br>LAURA L. ALEXANDER<br>23110 NEWGATE DR.<br>SPRING, TX  77373<br><br>DEBTORS | CHAPTER 13<br><br>CASE NO. 09-38019-H1 |

**MOTION TO DISMISS OR CONVERT**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

David G. Peake, Chapter 13 Trustee moves the court to Dismiss or Convert the above-referenced case for the following reasons:

_____    The Chapter 13 Plan must be amended to provide for the claims of the secured and priority Creditors in full within the terms of the Plan.

_____    Payments due pursuant to  U.S.C. § 1326(a)(1)  have not been made.

_____    Debtors failed to appear for the Meeting of Creditors and this constitutes a failure to appear in proper prosecution of the case for purposes of subsequent eligibility under 11 U.S.C. § 109.

_____    The Debtors have not filed their Federal Income Tax return for the following years: .  Therefore the Debtors are not able to meet the burden of proving that the Plan complies with 11 U.S.C. § 1322 (a) (2).

_____    The Debtors have caused unreasonable delay that is prejudicial to the Creditors.

   X      Other:    FAILED TO PROVIDE NAME AND LAST KNOWN ADDRESS OF CLAIMANT FOR TRUSTEE TO SEND DSO NOTICE.

**A HEARING WILL BE CONDUCTED ON THIS MATTER ON <u>JANUARY 28, 2010</u> AT <u>11:00 AM</u> IN U.S. BANKRUPTCY COURT, 515 RUSK, ROOM 404, 4TH FLOOR, HOUSTON, TX  77002-0000.  IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING.  YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS AS FOLLOWS: 1. FILE A RESPONSE WITHIN TWENTY ONE DAYS THAT SHOWS THAT THE ABOVE-CITED DEFICIENCY HAS BEEN CURED, OR 2.  FILE A RESPONSE WITHIN TWENTY ONE (21) DAYS THAT SHOWS THAT THE COURT SHOULD ALLOW YOU ADDITIONAL TIME TO CURE THE ABOVE-CITED DEFICIENCY.  OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND DISMISS OR CONVERT YOUR CASE.  IF THE DEFICIENCY IS FOR FAILURE TO FILE TAX RETURNS AND THE CASE IS DISMISSED, YOU WILL NOT BE ALLOWED TO FILE ANOTHER BANKRUPTCY CASE UNTIL ALL OF YOUR RETURNS ARE FILED.**

Wherefore, the Trustee requests that the case be dismissed or converted to Chapter 7, whichever shall be determined in the best interest of creditors.

Dated:   December 30, 2009

/s/ David G. Peake
David G. Peake
Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the Bankrutpcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 12/30/2009.  A copy of the Certificate of Mailing of the document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.

Electronically signed by
David G. Peake, Chapter 13 Trustee

| | |
|---|---|
| Debtor's Attorney of Record:<br>ROD S. KEMSLEY<br>KEMSLEY LAW FIRM<br>2203 TIMBERLOCH PLACE, SUITE 100<br>THE WOODLANDS, TX  77038 | Debtor:<br>JASON L. ALEXANDER<br>LAURA L. ALEXANDER<br>23110 NEWGATE DR.<br>SPRING, TX  77373 |
| ACS<br>PO BOX 22724<br>LONG BEACH, CA  90801-5724 | ADONAI PSYCHOLOGICAL SERVICES<br>20615 NANNETTE LN<br>SPRING, TX  77388 |
| AFNI INC<br>PO BOX 3427<br>BLOOMINGTON, IL  61702-3517 | AFNI INC<br>404 BROCK DR<br>PO BOX 3097<br>BLOOMINGTON, IL  61701 |
| AMERICREDIT FINANCIAL SERVICES<br>PO BOX 183853<br>ARLINGTON, TX  76096-3853 | AMSHER COLL<br>600 BEACON PKWY WE, STE 300<br>BIRMINGHAM, AL  35209 |
| ASSET ACCEPTANCE<br>PO BOX 2036<br>WARREN, MI  48090 | ATTORNEY GENERAL CHILD SUPPORT<br>PO BOX 12017<br>AUSTIN, TX  78711 |
| BARRETT DAFFIN FRAPPIER TURNER &<br>ENGEL LLP<br>1900 ST JAMES PLACE  SUITE 500<br>HOUSTON, TX  77056 | BIRNAM WOOD FAIRFAX HOA<br>% ACMI<br>12603 LOUETTA ROAD  SUITE 101<br>CYPRESS, TX  77429-5136 |
| BRIAN D WILLIAMS<br>5519 LOUETTA, STE B<br>HOUSTON, TX  77379 | BRINAM WOOD FAIRBANK HOA<br>12603 LOUETTA RD STE 101<br>CYPRESS, TX  77429 |
| CARMAX AUTO FINANCE<br>PO BOX 440609<br>KENNESAW, GA  30160 | CENTRAL FINANCIAL CONTROL<br>PO BOX 66040<br>ANAHEIM, CA  92816-6040 |
| CENTRAL FINANCIAL CONTROL<br>PO BOX 66044<br>ANAHEIM, CA  92816-6044 | CENTREX FINANCIAL CO.<br>PO BOX 17669<br>DENVER, CO  80217 |
| CENTRIX RESOURCE SYSTEM<br>6782 POTOMAC STREET<br>CENTENNIAL, CO  80112 | CHASE<br>C/O ROD S KEMSLEY<br>2203 TIMBERLOCH PLACE SUITE 100<br>THE WOODLANDS, TX  77038 |
| CHASE MANHATTAN MTG<br>G7-PP<br>3415 VISION DR<br>COLUMBUS, OH  43219 | CONROE REGIONAL MEDICAL CENTER<br>PO BOX 538658<br>ATLANTA, GA  30353 |
| CYPRESS CREEK EMS<br>PO BOX 3154<br>HOUSTON, TX  77253 | ELLIOT HEINLIEN AND JONES<br>PO BOX 1446<br>CROSBY, TX  77532 |

| | |
|---|---|
| FARMERS SVGS<br>C/O ROD S KEMSLEY<br>2203 TIMBERLOCH PLACE SUITE 100<br>HOUSTON, TX  77038 | GE MONEY BANK<br>C/O RECOVERY MGMT SYSTEMS<br>25 SE 2ND AVE, STE 1120<br>MIAMI, FL  33131 |
| HARVARD COLLECTION SERVICES<br>4839 N ELSTON AVE<br>CHICAGO, IL  60630-2534 | HARVEST ASSOCIATES INC<br>1010 SPRING-CYPRESS RD BOX #138<br>SPRING, TX  77373 |
| HOUSTON NORTHWEST EMERGENCY<br>PO BOX 202287<br>DALLAS, TX  75320 | HOUSTON NORTHWEST MEDICAL<br>FILE#849782<br>DALLAS, TX  75284-9782 |
| HUDSON & KEYSE LLC<br>382 BLACKBROOK RD<br>PAINESVILLE, OH  44077 | HUDSON & KEYSE, LLC<br>PO BOX 1090<br>MENTOR, OH  44061-1090 |
| INTERNAL REVENUE SERVICE***<br>P O BOX 21125<br>PHILADELPHIA, PA  19114 | MEMORIAL HERMAN HOSPITAL<br>PO BOX 203197<br>HOUSTON, TX  77216 |
| MICHAEL R ONEAL<br>12841 JONES RD STE 150<br>HOUSTON, TX  77070 | NCO FIN/09 - AT&T<br>507 PRUDENTIAL RD<br>HORSHAM, PA  19044 |
| NCO FINANCIAL SVCS<br>507 PRUDENTIAL RD<br>HORSHAM, PA  19044 | PARTNERS COL<br>403 AXMINISTER<br>FENTON, MO  63026 |
| PEAK 5<br>6782 S POTOMAC ST<br>ENGLEWOOD, CO  80112 | ROD S. KEMSLEY<br>KEMSLEY LAW FIRM<br>2203 TIMBERLOCH PLACE, SUITE 100<br>THE WOODLANDS, TX  77038 |
| SERVICE RECEIVABLES MANAGEMENT<br>3859 BATTLEGROUND AVE STE 303<br>GREENSBORO, NC  27410 | TELRECOVERY<br>PO BOX 641090<br>KENNER, LA  70064 |
| TREASCHWIG VETERINARY CLINIC<br>22732 CYPRESSWOOD DR<br>SPRING, TX  77373 | WELLS FARGO EDUCATION FIN. SVC<br>301 E 58TH ST N<br>SIOUX FALLS, SD  57104 |
| WELLS FARGO HOME MORTGAGE<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | WEST ASSET MANAGEMENT<br>PO BOX 790113<br>SAINT LOUIS, MO  63179 |
| WEST ASSET MGMT<br>ATTN B/R<br>PO BOX 105478<br>ATLANTA, GA  30348 | WEST CALCASIEU CAMERON HOSPITAL<br>PO BOX 2509<br>SULPHUR, LA  70664 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JASON L. ALEXANDER<br>LAURA L. ALEXANDER<br>23110 NEWGATE DR.<br>SPRING, TX  77373 | CASE NO. 09-38019-H1 |
| DEBTORS | |

**ORDER OF DISMISSAL**

The Court has considered the Trustee's Motion to Dismiss and any response or opposition thereto. The court is of the opinion that proper notice to all parties in interest has been given and that the Motion should be granted. It is therefore

ORDERED that this case is dismissed.

Dated: _____

_____
United States Bankruptcy Judge