IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TX**HOUSTON**

| | |
|---|---|
| **IN THE MATTER OF:** | **BANKRUPTCY CASE NO. 09-38019-MI** |
| **Laura L. Alexander** | **POC AMOUNT $ 1,556.06** |
| **SSN: XXX-XX-9494** | **Claim #: 7** |

NOTICE OF ASSIGNMENT OF CLAIM
AND
TRANSFEREE NOTICE OF TRANSFER
OF PAYMENTS

The Educational Credit Management Corporation (ECMC),(the "Transferee") does hereby give notice to the Court that it has accepted assignment and transfer of the student loan(s) included in the claim for the above-referenced debtor from PANHANDLE PLAINS/ACS/TEXAS GUARANTEED STUDENT LOAN CORPORATION.

Please direct all future payments and correspondence as follows:

Correspondence:               Payments:

ECMC                          ECMC
PO Box 75906                  LockBox 8682
St. Paul, MN 55175            P O Box 75848
                              St. Paul, MN  55175-0848

Pursuant to the attached Assignment from **PANHANDLE PLAINS/ACS/TEXAS GUARANTEED STUDENT LOAN CORPORATION, a**s the Transferor has waived notification and hearing with respect to this Notice of Assignment of Claim to ECMC pursuant to Bankruptcy Rule 3001.

Educational Credit Management Corporation


By:_/s/ Debra Wilcoxson                    Date: **March 4, 2010**
    ECMC Representative

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT ____SOUTHERN____ DISTRICT OF _____TEXAS_____ | PROOF OF CLAIM |
|---|---|

Name of Debtor: Alexander, Laura L.

Case Number: 09-38019

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**PANHANDLE-PLAINS**

Name and address where notices should be sent:

ACS
P. O. BOX 22724
LONG BEACH, CA 90801-5724

Telephone number: (310) -513-2700

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ __$1,556.06__

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** Student Loaned
(See instruction # 2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 9494

   3a. **Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:** $_____   **Annual Interest Rate** _____ %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**If any:** $_____   **Basis for perfection:** _____

**Amount of Secured Claim:** $_____   **Amount Unsecured:** $ $1,556.06

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING

If the documents are not available, please explain.

5. **Amount of Claim Entitled to priority under 11 U.S.C. §507(a). If any protion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Tax or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph off 11 U.S.C. §507 (a)(_).

**Amount entitled to priority:**

$ _____

*Amount are subject to adjustment on 04/01/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 12/14/2009

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attached copy of power of attorney, if any.

*[signature]*   **Chamie Rorm**
**Default Representative**

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT

FOR THE __SOUTHERN__ DISTRICT OF __TEXAS__

IN RE: __Alexander, Laura L.__   BANKRUPTCY CASE NUMBER __09-38019__

ACCT #: __XXX-XX- 9494__   CHAPTER __13__

## ASSIGNMENT

FOR A VALUABLE CONSIDERATION, THE RECEIPT OF WHICH IS HEREBY ACKNOWLEDGED, **PANHANDLE-PLAINS** DOES HEREBY ASSIGN, TRANSFER AND SET OVER TO THE __TEXAS GUARANTEED STUDENT LOAN CORPORATION__ ITS CLAIM OF __$1,556.06__ AS FILED HEREIN AGAINST THE ABOVE DEBTOR.

**PANHANDLE-PLAINS** SPECIFICALLY WAIVES FURTHER NOTICE OF ANY MATTERS IN CONNECTION WITH THE ABOVE AND FOREGOING CLAIM AND REQUESTS THE COURT TO MAKE AN ORDER SUBROGATING THE ABOVE ASSIGNEE TO THE RIGHTS OF **PANHANDLE-PLAINS** HEREIN. IT IS FURTHER REQUESTED THAT ANY CHECK RESPECTING THIS CLAIM BE MADE PAYABLE TO:

__TEXAS GUARANTEED STUDENT LOAN CORPORATION__
__P.O. BOX 83100 ROUND ROCK, TX 78683-3100__

SIGNED: _(signature)_
AS AUTHORIZED AGENT

BY: __ACS__
TITLE: __DEFAULT CLAIM EXAMINER__
DATE: __12/14/2009__
**Prepared By:** __Chamie Rorm__

## ORDER

AT _____ THIS _____ DAY OF _____ 2009, ON THE FOREGOING, IT IS ORDERED THAT THE ABOVE DESCRIBED ASSIGNEE BE SUBROGATED TO THE RIGHTS, DUTIES AND OBLIGATIONS OF THE ORIGINAL CLAIMANT IN THE CLAIM FILED HEREIN, DESIGNATED AT NO. _____

FILED AT _____ O'CLOCK

BANKRUPTCY JUDGE



P.O. Box 83100 Round Rock, Texas 78683-3100 | (800) 252-9743 | (512) 219-5700 | www.tgslc.org

January 21, 2010

Susan M. Rehak
Supervisor, Merge Processing
ECMC
1 Imation Place, Building 2
Oakdale, MN 55128

RE: Assignment of Bankruptcy Accounts Weekly 140 (88 borrowers / 222 loans)

Dear ECMC,

Texas Guaranteed Student Loan Corporation (TG) hereby assigns to the Education Credit Management Corporation (ECMC) its right, title and interest in those student loans listed in the enclosure to this letter. TGSLC hereby specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy rule 3001.

Sincerely,

*Dale Kern*
Dale Kern
Bankruptcy/ Referral Team Lead
TG